**SO ORDERED.**

**SIGNED this 05th day of November, 2009.**

_____
**LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

_____

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| *SOUTH TEXAS OIL COMPANY, et al.* | § | Case No. 09-54233 |
| | § | |
| Debtors. | § | Jointly Administered |

_____

### ORDER GRANTING EMERGENCY CONSIDERATION OF
### OF CERTAIN "FIRST DAY" MATTERS

Come on for consideration the *Debtors' Motion for Emergency Consideration of Certain First Day Matters (*the "Motion").  The Court finds that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors and good and sufficient cause exists for granting the relief as set forth herein.  It is therefore

ORDERED that the Motion is granted;  It is further

ORDERED that a hearing on Debtors' following  first day matters is set for Thursday, November 5, 2009 at 9:30 a.m. before the Honorable Leif M. Clark, in the United States Bankruptcy Court, 615 E. Houston Street, Courtroom No. 1, Third Floor, San Antonio, Texas 78209.

- [Dkt. 5]  Motion For Entry Of Order Limiting Notice And Establishing Notice Procedures filed by Ronald Hornberger And David S. Gragg for Debtor South Texas Oil Company)(Gragg, David) Modified on 10/30/2009 (Castleberry, Deanna)

- [Dkt. 7]  Notice of Designation as Complex Chapter 11 Bankruptcy Case filed by David S. Gragg for Debtor South Texas Oil Company.

- [Dkt.13]   Motion for Entry of Order Authorizing (A) Maintenance of Certain Bank Accounts and Continued Use of Existing Business Forms and Checks and (B) Continued Use of Cash Management System filed by Ronald Hornberger, David S. Gragg for Debtor South Texas Oil Company

- [Dkt. 14]   Motion for Authority to Pay or Honor PrePetition and PostPetition Royalty Obligations and Other Obligations Under Oil & Gas Leases filed by Ronald Hornberger, David S. Gragg for Debtor South Texas Oil Company

- [Dkt. 22] Application to Employ Plunkett & Gibson, Inc. as Attorneys for the Debtors filed by Ronald Hornberger, David S. Gragg for Debtor South Texas Oil Company

- [Dkt.23]  Application to Employ Langley & Banack, Inc. as Attorneys for the Debtors filed by David S. Gragg for JointAdmin Debtor STO Operating Company, Debtor South Texas Oil Company

- [Dkt. 24] Application to Employ Roy D. Toulan, Jr. as Special Counsel for the Debtors filed by Ronald Hornberger, David S. Gragg for JointAdmin Debtor STO Operating Company, Debtor South Texas Oil Company

- [Dkt. 25] Motion for Order (A) Authorizing Debtors to Pay (1) Certain Prepetition Employee Obligations and Benefits and (2) Prepetition Withholding Obligations; and (B) Directing All Banks to Honor Certain Related Prepetition Transfers

- [Dkt. 26] Motion for an Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business and (B) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto

It is further

ORDERED that counsel for the Debtors shall provide notice.

IT IS SO ORDERED.

# # #

Submitted by:
David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, Texas  78212
Telephone: (210) 736-6600

Ronald Hornberger
Plunkett & Gibson, Inc.
Renaissance Plaza, Suite 1100
70 NE Loop 410
San Antonio, TX  78216
Telephone: (210) 734-7902