Revised *01/2012*

UNITED STATES BANKUPTCY COURT
WESTERN DISTRICT OF TEXAS

**FILED** JUN 1 0 2016 U.S. BANKRUPTCY COURT BY _____ DEPUTY

Application (1)

IN RE:

Debtor: South TEXAS OIL COMPANY

Bankruptcy Case Number: 09-54233 CAG

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: WAYNE MALONEY
PHONE NUMBER: 507-236-5550   LAST FOUR DIGITS OF SOCIAL SECURITY NO: 3054
MAILING ADDRESS: 2282 230th St

CITY: TRUMAN   STATE: MN   ZIP: 56088

and that a dividend in the amount of $ 1989.36 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 5-26-16

Claimant's Signature: Wayne Maloney

State of Minnesota
County of Martin
Subscribed and sworn to before me this 26th day of May, 2016

Notary Public
My commission expires: Jan 31, 2020

Mail to: United States Bankruptcy Court
Attn: Annette Anderson, Finance
615 E. Houston, Suite 546
San Antonio, TX 78205

RAQUEL HARDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | Chapter |
| | § | |
| | § | |
| Debtor(s) | § | Bankruptcy Case No. 09-54233 |
| South TEXAS OIL COMPANY | § | CAG |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 7th day of JUNE, 20 16, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

⊙ Austin Division
US Attorney
Frost Bank Plaza
816 Congress, Suite 1000
Austin, TX 78701

○ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

● San Antonio Division
US Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216

○ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

○ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: 6-7-16

By: Wayne Maloney



I TRYED CASHING CK BuT STOPPED PAYMENT BECAUSE THEY SAID IT WAS TOO LATE

THANK YOU

Wayne Maloney

CELL # 1-507-236-5550